# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Parsec Ventures LP, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00048-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| TGC Savings, LLC | ) | |
| Tyvola Tryon Investments, LLC | ) | |
| Afshin G. Ghazi, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2023 Order.

March 9, 2023

Frank G. Johns, Clerk
United States District Court